No. 72–1134. REIBERT ET AL. *v.* ATLANTIC RICHFIELD Co. ET AL., 411 U. S. 938, and *ante,* p. 914. Motion for leave to file second petition for rehearing denied.

No. 72–5925. RUDERER *v.* SESSIONS ET AL., 410 U. S. 949;
No. 72–6153. RUDERER *v.* UNITED STATES ARMY AVIATION MATERIEL COMMAND ET AL., 411 U. S. 928; and
No. 72–6255. RUDERER *v.* UNITED STATES ET AL., 411 U. S. 945. Motions for leave to file petitions for rehearing and all other relief denied. MR. JUSTICE BLACKMUN took no part in the consideration or decision of these motions.

No. 72–6271. RUDERER *v.* VANCE ET AL., 411 U. S. 961. Petition for rehearing and all other relief denied. MR. JUSTICE BLACKMUN took no part in the consideration or decision of this petition.

JUNE 13, 1973

No. A–1221. SHAPIRO *v.* FERRANDINA. C. A. 2d Cir. Application for stay of mandate presented to MR. JUSTICE MARSHALL and by him referred to the Court, denied. MR. JUSTICE DOUGLAS would grant the application.